Diana S. Ebron, Esq.
Nevada Bar No. 10580
E-mail: diana@KGElegal.com
Jacqueline A. Gilbert, Esq.
Nevada Bar No. 10593
E-mail: jackie@KGElegal.com
Karen L. Hanks, Esq.
Nevada Bar No. 9578
E-mail: karen@KGElegal.com
KIM GILBERT EBRON
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
Telephone: (702) 485-3300
Facsimile: (702) 485-3301
*Attorneys for SFR Investments Pool 1, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| U.S. Bank National Association, as Trustee, Successor in Interest to Bank of America, National Association as Successor by Merger to Lasalle Bank National Association, as Trustee for Certificateholders of Bear Stearns Asset Backed Securities I LLC, Asset Backed-Certificates, Series 20050HE11,<br><br>Plaintiff,<br><br>vs.<br><br>SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company; KB SILVERADO HOMEOWNERS ASSOCIATION, a Nevada non-profit corporation; CASEY A. FREEMAN, an individual,<br>    Counter/Cross Defendants.<br><br>SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company,<br><br>    Counter/Cross Claimant,<br><br>vs.<br><br>U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR IN INTEREST TO BANK OF AMERICA, NATIONAL ASSOCIATION AS SUCCESSOR BY MERGER TO LASALLE BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR CERTIFICATEHOLDERS OF BEAR | Case No. 2:17-cv-01419-RFB-VCF<br><br>**JOINT MOTION/STIPULATION AND ORDER TO EXTEND THE DISPOSITIVE MOTION DEADLINE AND PRETRIAL ORDER DEADLINE**<br><br>**(First Request)** |

- 1 -

KIM GILBERT EBRON
7625 DEAN MARTIN DRIVE, SUITE 110
LAS VEGAS, NV 89139
(702) 485-3300 FAX (702) 485-3301

STEARNS ASSET BACKED SECURITIES I LLC, ASSET BACKED-CERTIFICATES, SERIES 20050HE11; CASEY A. FREEMAN, an individual,

            Counter/Cross Defendants.

SFR Investments Pool 1, LLC ("SFR") and U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR IN INTEREST TO BANK OF AMERICA, NATIONAL ASSOCIATION AS SUCCESSOR BY MERGER TO LASALLE BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR CERTIFICATEHOLDERS OF BEAR STEARNS ASSET BACKED SECURITIES I LLC, ASSET BACKED-CERTIFICATES, SERIES 20050HE11 ("U.S. Bank" or "Bank") (collectively, the "parties") by and through their respective counsel of record, hereby stipulate as follows and jointly move to extend the dispositive motion deadline and the Pre-Trial Order deadline as follows:

1. The dispositive motion deadline is currently set for February 21, 2018 in this matter.
2. The parties agree to continue the dispositive motion deadline to **February 28, 2018**.
3. The Pre-Trial Order deadline is currently set for March 23, 2018.
4. The parties agree to continue the Pre-Trial Order deadline to **March 30, 2018.**

…
…
…
…
…
…
…
…
…
…
…
…

5. This is the first request for an extension of these deadlines and it is not made for the purposes of delay.

| | |
|---|---|
| DATED this  21st  day of February, 2018.<br><br>**KIM GILBERT EBRON**<br><br>*/s/ Diana S. Ebron*<br>Diana S. Ebron, Esq.<br>Nevada Bar No. 10580<br>Jacqueline A. Gilbert, Esq.<br>Nevada Bar No. 10593<br>Karen L. Hanks, Esq.<br>Nevada Bar No. 9578<br>7625 Dean Martin Drive, Suite 110<br>Las Vegas, Nevada 89139-5974<br>*Attorney for SFR Investments Pool 1, LLC* | DATED this  21st  day of February, 2018.<br><br>**SMITH LARSON & WIXOM**<br><br>*/s/ Christopher L. Benner*<br>Kent F. Larsen, Esq.<br>Nevada Bar No. 3463<br>Christopher L. Benner, Esq.<br>Nevada Bar No. 8963<br>1935 Village Center Circle<br>Las Vegas, Nevada 89134-6237<br>*Attorneys for U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR IN INTEREST TO BANK OF AMERICA, NATIONAL ASSOCIATION AS SUCCESSOR BY MERGER TO LASALLE BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR CERTIFICATEHOLDERS OF BEAR STEARNS ASSET BACKED SECURITIES I LLC, ASSET BACKED-CERTIFICATES, SERIES 20050HE11* |

**ORDER**

**IT IS SO ORDERED.**

_____
**UNITED STATES MAGISTRATE JUDGE**
DATED: 2-21-2018

If dispositive motions are filed, the deadline for filing the joint pretrial order will be suspended until 30 days after decision on the dispositive motions or further court order.

- 3 -