# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

* * *

U.S. Bank National Association, as Trustee,
Successor in Interest to Bank of America,
National Association as Successor by Merger to
Lasalle Bank National Association, as Trustee
for Certificateholders of Bear Stearns Asset
Backed Securities I LLC, Asset Backed-
Certificates, Series 20050HEll,

Plaintiff,

v.

SFR INVESTMENTS POOL 1, LLC, a Nevada
limited liability company; KB SILVERADO
HOMEOWNERS ASSOCIATION, a Nevada
non-profit corporation; CASEY A. FREEMAN,
an individual.

Defendants.

_____

SFR INVESTMENTS POOL 1, LLC,
a Nevada limited liability company;

Counter/Cross Claimant,

v.

U.S. Bank National Association, as Trustee,
Successor in Interest to Bank of America,
National Association as Successor by Merger to
Lasalle Bank National Association, as Trustee
for Certificateholders of Bear Stearns Asset
Backed Securities I LLC, Asset Backed-
Certificates, Series 20050HE11,

Counter/Cross Defendant

Case No. 2:17-cv-01419-RFB-VCF

**SECOND AMENDED
ORDER**

Plaintiff U.S. Bank National Association opened this case by filing a complaint on May 19, 2017. Plaintiff filed a certificate of cash deposit of $500 pursuant to NRS 18.130(1) on July 13, 2017 (ECF No. 19). The Court ordered dismissal of the case with prejudice pursuant to the parties' stipulation of dismissal on November 7, 2018. (ECF No. 43). However, the order did not address the certificate of cash deposit, noticing the Court of Plaintiff's deposit of $500 in relation to the security cost bond required under NRS 18.130(1). The Court now corrects its Order to include instructions regarding the $500 deposit.

**IT IS ORDERED** that the $500 deposit, plus interest, be refunded in accordance with the certificate of cash deposit, ECF No. 19, to:

> Kent F. Larsen Esq./Christopher L. Benner Esq.
>
> Smith Larsen & Wixom, 1935 Village Center Circle
>
> Las Vegas, NV 89134

unless a party objects to this order by no later than 10 days.

DATED this 23rd day of August, 2019.

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**