AO450 (NVD Rev. 2/18) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

U.S. BANK NATIONAL ASSOCIATION

          Plaintiff,

v.

SFR INVESTMENTS POOL 1, LLC et al.,

          Defendants.

DEFAULT JUDGMENT IN A CIVIL CASE

Case Number: 2:17-cv-01419-RFB-VCF

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

Default Judgment is entered against Casey A. Freeman in favor of SFR Investments Pool 1, LLC.

3/31/2021
Date

DEBRA K. KEMPI
Clerk

/s/ D. Reich-Smith
Deputy Clerk